VULCAN METHODS, INC., et al., Respondents, v. AARON GLUBO et al., Appellants, et al., Defendant.—

774

Hopkins, Acting P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.